**Christopher Jose MCLEAN, Jr., Plaintiff-Appellant,**

v.

**Lorenz P. KIELHORN, (M.O) Doctor at Sussex 1 State Prison, Defendant-Appellee.**

No. 17-6250

United States Court of Appeals, Fourth Circuit.

Submitted: June 23, 2017

Decided: July 6, 2017

Christopher Jose McLean, Jr., Appellant Pro Se.

Before WILKINSON, MOTZ, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Jose McLean, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice pursuant to Fed. R. Civ. P. 4(m).

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See McLean v. Kielhorn*, No. 1:16-cv-00136-JCC-IDD (E.D. Va. Jan. 19, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*